# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Yvonne Frost

(List the full name(s) of the plaintiff(s)/petitioner(s).) Ivanka Trump
Trinidad government          US government
US Trinidad embassy          Trinidad US consulate
NYC MTA                      Donald Trump
NYPD                -against- Kushner Fetters
The white house              Melania Trump
US Supreme Court             Bronx Supreme Court
US 3D Court                  Court of Appeals
ABC                          Verazon
CITY OF NY (HRA)             Adult Protective Service
Commissioner O'Ssure         CVR Associates Inc
US Congress                  US Senate
NYC Ann social club          NS Government

(List the full name(s) of the defendant(s)/respondent(s).)

20 CV 4019 (cm)( )
Restriction of Filing

I Yvonne Frost under Penalty of Perjury state the claims I made here is in good faith.

It is not Frivolous or was brought to harrass anyone.

It was not brought to cause unnecessary delay.

The filing complies with Federal Rules of Court Procedure, the Court Local Rule and this Order.

Dated: 04/15/21

Signature: Yvonne Frost

Name (Last, First, MI): FROST YVONNE

Address: 40 Ann    City: STREET    State: NY    NY    Zip Code: 10038

Telephone Number: NONE

E-mail Address (if available): Yvonne.Frost1@aol.com